1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROGER C. JEFFERSON, on behalf of his minor daughter Nichelle N. Jefferson, | ) ) ) ) | NO. ED CV 16-513-BRO(E) |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) | |
| Respondent. | ) ) | |

The "Order," filed March 23, 2016, required that Plaintiff "promptly serve the Summons and Petition for Writ of Mandamus ("Petition") on Respondent (on the United States Attorney, or his or her authorized agent, by certified or registered mail, or in the alternative, personally at Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012, and by certified or registered mail on the Commissioner of the Social Security Administration and the Attorney General, as required by law), and shall file a proof of such service within thirty (30) days of the date of this Order." Plaintiff failed to comply with this Order. The only

"proof of service" filed by Plaintiff fails to identify the person supposedly served and appears to reflect improper attempted service by regular United States mail.

Rule 4(m) of the Federal Rules of Civil Procedure authorizes that the Court dismiss an action where service has not been accomplished within ninety (90) days of the commencement of the action, unless the plaintiff demonstrates good cause for the failure of service.

Therefore, it is ordered that, on or before July 18, 2016, Plaintiff shall file a declaration, signed under penalty of perjury, attempting to show cause, if there be any, why this case should not be dismissed for failure to prosecute, failure to comply with the Court's prior Order and/or failure to comply with the time limit for service set forth in Rule 4(m). Failure timely to comply with this Order to Show Cause may result in the dismissal of this case.

DATED: June 27, 2016.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE